1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    J. DOUGLAS WILSON (DCBN 412811)
3   Chief, Criminal Division

4   KESLIE STEWART (CABN 184090)
    Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       Facsimile:  (510) 637-3724
        E-Mail:     keslie.stewart@usdoj.gov
8
9   Attorneys for Plaintiff

10

11                      UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                            OAKLAND VENUE

14

15  UNITED STATES OF AMERICA,        )    No.  4-13-70988 MAG
                                     )
16      Plaintiff,                   )    STIPULATED MOTION AND
                                     )    [PROPOSED] ORDER CONTINUING
17  vs.                              )    PRELIMINARY HEARING OR
                                     )    ARRAIGNMENT DATE AND WAIVING
18  RICARDO E. ALVAREZ,              )    TIME UNDER SPEEDY TRIAL ACT TO
                                     )    SEPTEMBER 27, 2013, at 9:30 a.m.
19      Defendant.                   )
                                     )
20  _____)

21

22          With the agreement of the parties, and with the consent of the defendant, the Court enters

23  this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or

24  preliminary hearing date for Defendant Ricardo E. Alvarez to September 27, 2013, at 9:30 a.m.

25  before the Honorable Kandis A. Westmore.  Counsel for the defendant believes that postponing

26  the preliminary hearing is in her client's best interest and that it is not in her client's best interest

27  for the United States to present an indictment before the current September 6, 2013, preliminary

28  hearing date.  The parties agree that –  taking into account the public interest in prompt

disposition of criminal cases – good cause exists for this extension.   The parties anticipate that they will have reached a negotiated disposition before September 27, 2013.  If they do, they will put the matter on for waiver of indictment.

Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161.  The parties agree and stipulate that defense counsel needs time to review discovery and that an exclusion of time under the Speedy Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  Undersigned defense counsel represents that she has spoken with her client, and that Mr. Alvarez agrees to the continuance and to time being tolled and waived as requested.

**IT IS SO STIPULATED**.

DATED:        September 3, 2013                    _____/s/_____
                                                                          JOYCE LEAVITT
                                                                          Attorney for Defendant


DATED:        September 3, 2013                    _____/s/_____
                                                                          KESLIE STEWART
                                                                          Assistant United States Attorney


**IT IS SO ORDERED**.

DATED:        9/4/13            _____
                                                                          KANDIS A. WESTMORE
                                                                          United States Magistrate Judge